IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:24cv156-MHT |
| ) | (WO) |
| CAPTAIN ROGERS, ) | |
| ) | |
| Defendant. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that he had been subject to excessive heat while confined at Bullock Correctional Facility. He further asserts that when he asked for a fan, defendant refused to provide one despite these allegedly dangerous conditions. Consequently, plaintiff seeks $ 20,000 in damages and a court order requiring fans to be placed throughout the facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to follow a court order and failure to

prosecute.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2025.

                                          /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**