IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES BAILEY,                   )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )      2:24cv156-MHT
                                )           (WO)
CAPTAIN ROGERS,                 )
                                )
     Defendant.                 )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 11) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to follow a court order and failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 31st day of January, 2025.

                                     /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE